IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


BARK,

            Plaintiff,

      v.

LISA NORTHROP, Forest Supervisor
of the Mt. Hood National Forest, and
U.S. FOREST SERVICE, a federal agency,

            Defendants.

Case No. 3:13-cv-01267-ST

TEMPORARY RESTRAINING
ORDER


HERNÁNDEZ, District Judge:

      Plaintiff Bark's motion for a temporary restraining order (# 21), which the Court

previously denied as moot, was reopened pursuant to Order (# 28).  Having reviewed and

considered the motion and supporting documents, the temporary restraining order ("TRO") is

necessary to prevent the irreparable injury resulting from logging activities.


1 – TEMPORARY RESTRAINING ORDER

From __4:25_____ p.m. on November 8, 2013, the TRO is GRANTED as follows:

Defendants and any private, state, or local entities or individuals operating under instructions or authorization from defendants, or under contract with defendants, are temporarily restrained from authorizing, allowing, carrying out, or continuing any ground-disturbing or vegetation-disturbing activities on federally-managed lands associated with the Jazz Thinning Project, except as provided in this TRO.  This TRO does not prohibit the federal Defendants from authorizing Interfor to remove the logs cut on unit 37 of the Bass Sale during the week of November 4–8, 2013, with the self-loading log truck, subject to any conditions the Forest Service's contracting officials may require.

The security requirement of Rule 65(c) is waived.  Pursuant to Rule 65(b), this TRO shall expire in 14 days on November 22, 2013.  The TRO may be extended for good cause, such as the filing of a motion for preliminary injunction.

IT IS SO ORDERED.


DATED this __8__ day of November, 2013


_____
MARCO A. HERNÁNDEZ
United States District Judge


2 – TEMPORARY RESTRAINING ORDER