IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARK

               Plaintiff,

    v.

LISA NORTHROP, Acting Forest Supervisor of the Mt. Hood National Forest, and U.S. FOREST SERVICE, a federal agency,

               Defendants.

No. 3:13-cv-01267-HZ

ORDER

David H. Becker
Law Office of David H. Becker, LLC
833 SE Main Street #302
Portland, OR 97214

Brenna B. Bell
Bark
P.O. Box 12065
Portland, OR 97212

    Attorneys for Plaintiff

1 - ORDER

Beverly F. Li
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street, NW
P.O. Box 7611
Washington, DC 20044

      Attorney for Defendants

HERNANDEZ, District Judge:

Magistrate Judge Stewart issued a Findings and Recommendation (#33) on November 18, 2013, in which she recommends that the Court grant the motion to intervene (#6) with the following limitation: (1) Interfor will not be able to conduct discovery, (2) Interfor must seek to supplement the administrative record within three weeks after it is filed, and (3) Interfor will file its brief after the U.S. Forest Service according to a schedule set by the court and must not duplicate any arguments made by the U.S. Forest Service. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Stewart's Findings and Recommendation (#33). Accordingly, the motion to intervene (#6) is granted with the following limitations: (1) Interfor will not be able to conduct discovery, (2) Interfor must seek to supplement the administrative record by a date set by the Court, and (3) Interfor will file its brief after the U.S. Forest Service

2 - ORDER

according to a schedule set by the Court and must not duplicate any arguments made by the U.S. Forest Service.

      IT IS SO ORDERED.

DATED this \_\_12\_\_ day of December, 2013.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

3 - ORDER